IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:03-CR-27 |
| ) | PHILLIPS |
| MARVIN ROLF ) | |

## AGREED ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

It being agreed to between the parties that the defendant's supervised release should not be revoked at this point, but that additional conditions of supervised release would be appropriate, and it being agreed to between the parties that the defendant shall serve 24 days in jail, to be served on twelve (12) consecutive weekends, as an additional condition of supervised release and that the weekends shall be served on Wednesdays and Thursdays, these being the days the defendant is off from work,

IT IS ORDERED that the defendant's conditions of supervised release shall be modified to include a term of imprisonment of 24 days to be served on 12 consecutive weekends. These weekends shall be on Wednesdays and Thursdays, these being the days the defendant is off from work. All of the remaining conditions of supervised release shall remain in full force and effect. The Court will recommend that the defendant serve his time in the Blount County Jail, this being the closest jail to his home.

IT IS FURTHER ORDERED that the Petition to Revoke the defendant's supervised release shall be dismissed.

Enter this 4th day of OCT, 2006.

_____
Thomas H. Phillips
United States District Judge

APPROVED FOR ENTRY:

_____
Steven H. Cook
Assistant U.S. Attorney

_____
Kim A. Tollison
Attorney for Defendant

_____
Marvin A. Rolf
Defendant

_____
Kathryn Callaway
U.S. Probation Officer