IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:03-CR-27 |
| ) | PHILLIPS |
| MARVIN ROLF ) | |

**AGREED ORDER**

It is agreed to between the parties that the defendant, Marvin A. Rolf, has violated his supervised release by violating violation number 5. He admits that he tested positive for marijuana and further admits that he stated that the test would be positive. Mr. Rolf does not admit violating the remaining charges as they may be the subject of a state case at a later date. The parties agree that his supervised release should be revoked and that the appropriate punishment should be a term of imprisonment of 10 months, less 24 days he has served as a condition of supervised release. The parties further agree that there shall be no further supervised release. The defendant specifically waives his right of allocution.

IT IS ORDERED that the defendant's supervised release shall be revoked due to his admission to violating violation number 5. He is sentenced to a term of incarceration of 10 months, less 24 days he has previously served as a condition of supervised release. There shall be no further term of supervised release. The Court will recommend that the defendant be allowed to serve his sentence at the Federal Correctional Institution at Manchester, Kentucky.

Enter this 19th day of MARCH, 2007.

_____
United States District Judge

APPROVED FOR ENTRY:

_____
Tracy Stone *by Kim Tollison with permission*
Assistant U.S. Attorney

_____
Kim A. Tollison
Attorney for Defendant

_____
Marvin A. Rolf
Defendant

_____
Kathryn Callaway *by Kim Tollison with permission*
U.S. Probation Officer